# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DOROTHY FORTH, LISA BULLARD, RICARDO GONZALES, CYNTHIA RUSSO, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WALGREEN CO.,<br><br>    Defendant. | Underlying Action:<br>Civil No. 17-cv-2246<br>United States District Court<br>Northern District of Illinois<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED<br><br>**PLAINTIFFS' MOTION TO COMPEL NON-PARTY CAREMARK, LLC TO COMPLY WITH SUBPOENA** |

Pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, Plaintiffs Dorothy Forth, Lisa Bullard, Ricardo Gonzales, Cynthia Russo, International Brotherhood of Electrical Workers Local 38 Health and Welfare Fund ("IBEW Local 38"), International Union of Operating Engineers Local 295-295C Welfare Fund, and Steamfitters Fund Local 439 ("Plaintiffs") respectfully move this Court for an order compelling non-party Caremark, LLC ("Caremark") to produce within 14 days documents responsive to Document Request Nos. 2, 3, and 4 of Exhibit A to the Subpoena to Testify at a Deposition in a Civil Action, dated July 26, 2019, by searching the custodial files of Todd Guinn, William Wellman, Stephanie Harris, and Thao Pham, for the period 2016-2018, using the search terms "PSC" OR (Walgreen! AND (usual w/2 cust*)) OR (Walgreen! AND (u pre/2 c)), a privilege log, and granting such other relief as the Court deems just and proper.

The grounds in support of this motion are set forth in the accompanying memorandum of law, the Declaration of Carey Alexander and the exhibits attached thereto, the response Plaintiffs intend to submit, and all other pleadings and proceedings had and to be had herein.

Pursuant to LRCv7(c), Plaintiffs respectfully request oral argument and estimate that any such argument would require approximately thirty minutes in total.

Dated: June 26, 2020

Respectfully Submitted,
**O'NEIL LAW**

/s Edward Roy
Edward Roy
The Meadows, Suite A-103
1130 Ten Rod Road
North Kingstown, RI  02852
Telephone:  401-667-7111
Facsimile:   401-667-7112
edward_roy@hotmail.com

Joseph P. Guglielmo
Carey Alexander

1

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-4478
Facsimile: 212-223-6334
*jguglielmo@scott-scott.com*
*calexander@scott-scott.com*

Erin Green Comite
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-531-2632
Facsimile: 860-537-4432
*ecomite@scott-scott.com*

Jason H. Alperstein
Mark J. Dearman
Stuart A. Davidson
**ROBBINS GELLER RUDMAN**
 **& DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561-750-3000
Facsimile: 561-750-3364
*jalperstein@rgrdlaw.com*
*mdearman@rgrdlaw.com*
*sdavidson@rgrdlaw.com*

*Interim Co-Lead Counsel*

2

## CERTIFICATE OF SERVICE

I certify that on June 26, 2020, I electronically filed the foregoing document and its accompanying attachments and that they are available for viewing and downloading from the Court's CM/ECF system, except as otherwise noted, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system. I further certify that a copy of the foregoing document and accompanying attachments were emailed to the persons listed below:

Grant Geyerman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
ggeyerman@wc.com

*Attorney for Non-party Caremark, LLC*

Michael S. Leib
Anthony R. Todd
**Reed Smith LLP**
10 S. Wacker Drive, Ste. 4000
Chicago, IL 60606
MLeib@ReedSmith.com
ATodd@ReedSmith.com

Frederick Robinson
Selina Coleman
**Reed Smith LLP**
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005-3317
FRobinson@reedsmith.com
SColeman@reedsmith.com

*Attorneys for Defendant Walgreen Co.*

                                              /s Edward Roy
                                              Edward Roy